**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lorraine McKnight             CHAPTER 13
           Debtor(s)

BKY. NO. 23-12063 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                           Respectfully submitted,

                           /s/ **Mark A. Cronin**
                           Mark Cronin
                           04 Oct 2023, 13:50:05, EDT

                           KML Law Group, P.C.
                           701 Market Street, Suite 5000
                           Philadelphia, PA 19106-1532
                           (215) 627-1322