United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Lorraine McKnight  
    Debtor

Case No. 23-12063-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Nov 15, 2023      Form ID: 155      Total Noticed: 12

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lorraine McKnight, 6631 Perry Avenue, Upper Darby, PA 19082-4310 |
| 14798212 | | Achieve Personal Loans, PO Box 204791, Dallas, TX 75320-4791 |
| 14812638 | + | Achieve Personal Loans, P.O.Box 2340, Phoenix, AZ 85002-2340 |
| 14815519 | | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14798213 | + | Email/Text: broman@amhfcu.org | Nov 16 2023 00:47:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14798214 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 16 2023 00:44:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14807619 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 16 2023 00:44:30 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14798215 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 16 2023 00:47:00 | Comenitybank/trwrdsv, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14798216 | | Email/Text: bk@freedomfinancialnetwork.com | Nov 16 2023 00:46:00 | Freedom Financial Asset Management, LLC., Attn: Bankruptcy, 1875 South Grant Street, Suite 400, San Mateo, CA 94402 |
| 14814013 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 16 2023 00:46:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14798217 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 16 2023 00:46:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14820573 | ^ | MEBN | Nov 16 2023 00:35:58 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 15, 2023 | Form ID: 155 | Total Noticed: 12 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Lorraine McKnight dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Lorraine McKnight
      Debtor(s)

Chapter: 13

Bankruptcy No: 23−12063−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this November 14, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge, United States Bankruptcy Court

19
Form 155